IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:12-CV-136-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| $307,970.00 IN U. S. CURRENCY, | ) |
| | ) |
| Defendant. | ) |

**ORDER ALLOWING MOTION TO PERMIT REPLY IN
SUPPORT OF MOTION TO COMPEL**

For good cause having been shown upon the motion of the United States for permission to reply in support of motion to compel filed herein, it is hereby

ORDERED that the United States may reply in support of motion to compel. Counsel for the United States is directed to file the Reply in Support of Motion to Compel.

This 17TH day of July, 2013.

_____
LOUISE W. FLANAGAN
United States District Court