IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:12-CV-136-FL

UNITED STATES OF AMERICA,   )
                         )
         Plaintiff,   )
                         )
      v.              )
                         )
$307,970.00 IN U. S. CURRENCY,)
                         )
         Defendant.   )

**MODIFIED CASE MANAGEMENT ORDER**

This matter is before the Court on motion by the parties for the entry of a Modified Case Management Order, the stay in this having expired on October 17, 2014. For good cause shown, it is hereby ORDERED that

1. The deadline for discovery is extended to February 28, 2015 and all motions will due by March 31, 2015.

2. In respect to the pending written discovery requests, the Claimants are directed to respond to the Government's requests by November 12, 2014 and the Government to the Claimants' requests by November 19, 2014.

1

3.  In all other respects, discovery shall proceed only as limited by the Federal Rules of Civil Procedure or by the Local Rules, EDNC.

SO ORDERED this __7th__ day of November, 2014.

LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE