IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CV-136-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| $307,970.00 IN U. S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause having been shown upon motion by the Plaintiff, it is hereby ORDERED that the Ex Parte Law Enforcement Declaration of Agent Lance Anthony (DE# 64) be UNSEALED. Plaintiff's motion to seal (DE # 111) is terminated as moot. SO ORDERED this <u>14th</u> day of July, 2015.

*[signature: Louise W. Flanagan]*
_____
LOUISE W. FLANANGAN
United States District Judge