IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:12-CV-136-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ALLOWING SUBMISSION** |
| | ) | **OF DECLARATION EX PARTE** |
| v. | ) | **AND UNDER SEAL** |
| | ) | |
| $307,970.00 IN U. S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause having been shown upon the motion of the United States for submission of Declaration *ex parte* and under seal, it is hereby

ORDERED that the Declaration of Special Agent Thomas R. Halvas is accepted by this Court *ex parte* and the Declaration will remain under seal until further order of this Court.

This __14th__ day of __January__, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge