```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                           EASTERN DIVISION
                         NO. 4:12-CV-136-FL
```

UNITED STATES OF AMERICA,   )
                            )
         Plaintiff,         )
                            )
    v.                      )          **ORDER**
                            )
$307,970.00 IN U. S. CURRENCY,)
                            )
         Defendant.         )

For good cause having been shown upon motion by the Plaintiff, it is hereby ORDERED that Plaintiff's Second Renewed Motion to Stay Proceedings is granted.

IT IS HEREBY ORDERED that this case is stayed for 120 additional days, up to and including October 29, 2016.

SO ORDERED this 28th day of June, 2016.

_____
LOUISE W. FLANANGAN
United States District Judge