IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:12-CV-136-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CONSENT ORDER EXTENDING** |
| | ) | **DISCOVERY DEADLINES** |
| $307,970.00 IN U. S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

With consent of all parties, it is ORDERED that the Case Management Order entered in this case is modified as follows:

1. Disclosures required by Federal Rule of Civil Procedure 26(a)(2), including reports from retained experts, shall be served by the parties no later than November 1, 2017. Depositions of expert witnesses, if any, shall be conducted no later than November 22, 2017.

2. Dispositive motions must be filed no later than December 15, 2017.

In all other respects the current Case Management Order shall remain unchanged.

SO ORDERED this 11th day of September, 2017.

_____
LOUISE W. FLANANGAN
United States District Judge

1

We consent to the entry of this Order.

**Counsel for United States of America**

/s/ Stephen A. West			September 7, 2017
STEPHEN A. WEST			DATE
Assistant U. S. Attorney

**Counsel for Claimants Apolinar Garcia-Ancelmo,
Cirila Pineda Garcia, and Lucia Yasmin Covarrubias**

/s/ Edward M. Burch			September 7, 2017
EDWARD M. BURCH, Esq.			DATE
Law Office of Michael & Burch

/s/ David M. Michael			September 7, 2017
DAVID M. MICHAEL, Esq.			DATE
Law Office of Michael & Burch

/s/ Mark A. Ward			September 7, 2017
MARK A. WARD, Esq.			DATE
Ward Law Firm