IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:12-CV-136-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | **ORDER ALLOWING** |
| Plaintiff, | ) | **MOTION TO MODIFY** |
| | ) | **PROTECTIVE ORDER** |
| v. | ) | |
| | ) | |
| $307,970.00 in U.S. Currency, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the unopposed motion of the United States and for good cause shown,

IT IS HEREBY ORDERED that the Consensual Protective Order entered by this court on April 10, 2017, at Docket Entry #169, be MODIFIED to include any and all otherwise confidential information filed under seal in the matter <u>United States v. Rodriguez</u>, No. 5:11-CR-58-BR (E.D.N.C.), that is responsive to Claimants' discovery requests. The government is authorized to produce sealed matters to the Claimants, and any such information produced to Claimants shall be subject to the same terms and protections set forth in the Court's prior order.

SO ORDERED this 19th day of April, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge